GEORGE H. REPPERT et al., Appellants, *v.* MARY E. G. HUNTER, Individually and as Trustee, Respondent.

*Appeal dismissed — unanimous affirmance.*

Reppert v. *Hunter*, 191 App. Div. 936, appeal dismissed.

(Argued September 27, 1920; decided October 5, 1920.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered March 20, 1920, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term.

The motion was made upon the ground that the affirmance by the Appellate Division was unanimous and that permission to appeal had not been obtained.

*William C. Warren* for motion.

No one opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.

---

NELL ST. JOHN, Appellant, *v.* STANLEY C. FOWLER, Respondent.

(Submitted September 27, 1920; decided October 5, 1920.)

Motion for re-argument denied, with ten dollars costs and necessary printing disbursements. (See 229 N. Y. 270.)

---

DONALD MCKELLAR, Appellant, *v.* AMERICAN SYNTHETIC DYES, INCORPORATED, Respondent.

(Submitted September 27, 1930; decided October 5, 1920.)

Motion for re-argument denied, with ten dollars costs and necessary printing disbursements. (See 229 N. Y. 106, 603.)